**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**RONNIE JOE FORTE**                                                  **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 5:23-cv-148-BJB**

**CITY OF HOPKINSVILLE, KENTUCKY et al.**                **DEFENDANTS**

## ORDER

For the reasons set forth in the separate Memorandum entered today, the Court

**DISMISSES** this action **without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

This is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

Date:  August 23, 2024

Benjamin Beaton, District Judge
United States District Court

cc:    Plaintiff, *pro se*
       Defendants
B213.009